UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HONG KONG ELECTRO-CHEMICAL WORKS LTD., A HONG KONG CORPORATION ) ) ) | Case No. 05 C 3582 |
| Plaintiff, ) ) | Honorable Judge Der-Yeghiayan |
| v. ) ) | |
| MICHELLE LESS, INDIVIDUALLY AND D/B/A TODD INDUSTRIES, ET AL. ) ) ) ) | |
| Defendants. ) ) | |

FILED JUL 2 7 2006
Judge Samuel Der-Yeghiayan
U.S. District Court

## MEMORANDUM OF JUDGMENT

On June 16, 2006, judgment was entered in this court in favor of Plaintiff Hong Kong Electro-Chemical, Ltd. and against Defendant Michelle Less, individually and D/B/A Todd Industries, whose address is 2640 Hazelnut Lane, Riverwoods, IL 60015 in the amount of $166, 252.88.

_____
Honorable Judge Der-Yeghiayan

Thomas Flannigan
The Law Offices of Thomas Flannigan
Three First National Plaza
70 W. Madison St., Suite 5750
Chicago, IL 60602
(312) 236-9335